

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2018

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellants

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

# O R D E R

 This is a permissive interlocutory appeal pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §51.014(d) (West Supp. 2017). We granted appellant's petition for permissive appeal on April 26, 2018. TEX. R. APP. P. 28.3. The appellate record was complete on July 13, 2018, and the appellant's brief was therefore due on August 2, 2018. To date, appellant has requested two extensions totaling 11 days which were granted to August 13, 2018. To date, neither the appellant's brief nor a motion for extension has been filed. *See* TEX. R. APP. P. 10.5(b).

 It is therefore ORDERED that appellant show cause in writing **within seven (7) days** from the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

_____
Rebeca C. Martinez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court